```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                          Case No. 13-05144-RNO
Wayne J Oplinger                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: TWilson      Page 1 of 1      Date Rcvd: Jul 27, 2016
                        Form ID: pdf010    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2016.
```
db             +Wayne J Oplinger,    3311 Chase Road,    Shavertown, PA 18708-9425
4395677        +National Penn Bank,   90 Highland Avenue,    Bethlehem, PA 18017-9408
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2016                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2016 at the address(es) listed below:
```
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              Harry B Reese    on behalf of Creditor    National Penn Bank harry.reese@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com
              Joshua I Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lorraine Gazzara Doyle    on behalf of Creditor    National Penn Bank LDoyle@udren.com,
               vbarber@udren.com
              Mark J. Conway    on behalf of Plaintiff Wayne J Oplinger info@mjconwaylaw.com,
               connie@mjconwaylaw.com;mjc@mjconwaylaw.com
              Mark J. Conway    on behalf of Debtor Wayne J Oplinger info@mjconwaylaw.com,
               connie@mjconwaylaw.com;mjc@mjconwaylaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CASE NO. 5-13-05144
:
WAYNE OPLINGER :
    Debtor : CHAPTER 13

## ORDER

**UPON CONSIDERATION** of the **DEBTOR'S OBJECTION TO CLAIM NO. 1 AND CLAIM NO. 2 OF NATIONAL PENN BANK**, and after hearing held on July 27, 2016, it is

**ORDERED AND DECREED** that the Debtor's Objection to Claim No. 1 and Claim No. 2 of National Penn Bank is **SUSTAINED.**

By the Court,

_____
Robert N. Opel, II, Bankruptcy Judge
(BI)

Dated: July 27, 2016