```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 13-05144-RNO
Wayne J Oplinger                                                    Chapter 13
         Debtor              CERTIFICATE OF NOTICE
District/off: 0314-5          User: TWilson              Page 1 of 1              Date Rcvd: Oct 18, 2016
                              Form ID: fnldecnd          Total Noticed: 10
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2016.
```
db            +Wayne J Oplinger,    3311 Chase Road,    Shavertown, PA 18708-9425
4393907       +90 Highland Avenue,    Bethlehem, PA 18017-9408
4387039        Law Offices of Mark J Conway PC,    502 S Blakely Street,    Dunmore, PA 18512-2237
4387041       +NATIONAL PENN BANK,    C/O KNBT, A DIVISION OF NATIONAL PE,    90 HIGHLAND AVENUE,
                BETHLEHEM, PA 18017-9408
4395677       +National Penn Bank,    90 Highland Avenue,    Bethlehem, PA 18017-9408
4387038       +Oplinger Wayne J,    3311 Chase Road,    Shavertown, PA 18708-9425
4387042       +UDREN LAW OFFICES, P.C.,    WOODCREST CORPORATE CENTER,    111 WOODCREST ROAD,
                CHERRY HILL, NJ 08003-3620
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4823771        E-mail/Text: bankruptcy@bbandt.com Oct 18 2016 19:22:19     BB&T,   PO Box 1847,
                Wilson, NC 27894-1847,    Mailcode 100-50-01-51
4387040       +E-mail/Text: camanagement@mtb.com Oct 18 2016 19:22:22     M&T BANK,   626 COMMERCE DRIVE,
                AMHERST, NY 14228-2391
4439951        E-mail/Text: camanagement@mtb.com Oct 18 2016 19:22:22     M&T Bank,   Attn: Bev Inglasbe,
                1100 Wehrle Drive,    Williamsville, NY 1422
                                                                                             TOTAL: 3
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4400025*       +National Penn Bank,    90 Highland Avenue,    Bethlehem, PA 18017-9408
4400024*       +National Penn Bank,    90 Highland Avenue,    Bethlehem, PA 18017-9408
                                                                                  TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2016                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2016 at the address(es) listed below:
```
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Harry B Reese    on behalf of Creditor   National Penn Bank harry.reese@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com
              Joseph Angelo Dessoye    on behalf of Creditor   National Penn Bank pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lorraine Gazzara Doyle    on behalf of Creditor   National Penn Bank LDoyle@udren.com,
               vbarber@udren.com
              Mark J. Conway    on behalf of Plaintiff Wayne J Oplinger info@mjconwaylaw.com,
               connie@mjconwaylaw.com;mjc@mjconwaylaw.com
              Mark J. Conway    on behalf of Debtor Wayne J Oplinger info@mjconwaylaw.com,
               connie@mjconwaylaw.com;mjc@mjconwaylaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8
```

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Wayne J Oplinger  
3311 Chase Road  
Shavertown, PA 18708

Chapter 13  
Case No. 5:13−bk−05144−RNO

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−6895

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for Wayne J Oplinger, Debtor in accordance with §1328 of the Bankruptcy Code.

Dated: October 18, 2016

By the Court,

Honorable Robert N. Opel  
United States Bankruptcy Judge  
By: TWilson, Deputy Clerk